UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MERCHANT & GOULD, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE:  JANIE S. MAYERON |
| Plaintiff(s), | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:          09-3144 (JRT/JSM) |
| | ) | Date:             January 20, 2011 |
| PREMIERE GLOBAL SERVICES, | ) | Time Started:     9:30 a.m. |
| | ) | Time Concluded:   5:10 p.m. |
| Defendant(s). | ) | Time in Court:    7 Hours 40 Minutes |
| | ) | |

SETTLEMENT CONFERENCE

APPEARANCES:    Anthony Zeuli, Esq. and John Clifford, Esq. on behalf of plaintiff
David Schultz, Esq. and JoLynn Markison, Esq. on behalf of defendant

PROCEEDINGS:

X      Confidential Settlement reached.  Terms stated on the record.

Any transcript or copy of the audio file of the terms of settlement is
Confidential and shall be SEALED, with access being allowed only to the
parties and their counsel.

(Audio File:  Courtroom 6B/January 20, 2011/16:52-17:10)

    s/KH
Judicial Assistant