# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| MERCHANT & GOULD, PC,<br><br>      Plaintiff,<br><br>v.<br><br>PREMIERE GLOBAL SERVICES, INC.<br>and XPEDITE SYSTEMS, LLC,<br><br>      Defendant. | Civil No. 09-3144 (JRT/JSM)<br><br><br><br><br><br><br><br>**ORDER OF DISMISSAL** |

_____

  Anthony R. Zeuli, Gregory C. Golla, and John A. Clifford, **MERCHANT & GOULD PC**, 80 South Eighth Street, Suite 3200, Minneapolis, MN 55402, for plaintiff.

  David T. Schultz and JoLynn M. Markison, **MASLON EDELMAN BORMAN & BRAND, LLP,** 90 South Seventh Street, Suite 3300, Minneapolis, MN 55402, for defendant.

  The Court having been advised that the above action has settled, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: February 2, 2011
at Minneapolis, Minnesota.
                            s/John R. Tunheim
                             JOHN R. TUNHEIM
                        United States District Judge